(Reap. Dec. 9076)

BEMO SHIPPING CO. *v.* UNITED STATES

Entry No. 791994, etc.

(Decided February 19, 1958)

*John D. Rode* for the plaintiff.

*George Cochran Doub*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: The appeals for reappraisement listed in schedule "A," hereto attached and made a part hereof, have been submitted for decision upon stipulation of counsel reading as follows:

1. That the merchandise the subject of the appeals enumerated in the attached Schedule A consists of certain rubber gloves imported from the United Kingdom.

2. That on or about the dates of exportation of the said merchandise, such or similar merchandise was not freely offered for sale to all purchasers in the principal markets of the country of exportation in the usual wholesale quantities and in the ordinary course of trade for home consumption therein or for export to the United States; that such or similar imported merchandise was not at the aforesaid time freely offered for sale in the United States for domestic consumption therein; that cost of production, as defined in Section 402 (f), Tariff Act of 1930, is the proper basis of appraisement of the said merchandise; and that such cost of production for the merchandise covered by each appeal is as set forth in Schedule A attached hereto.

On the agreed facts I find cost of production, as that value is defined in section 402 (f), Tariff Act of 1930, to be the proper basis for the determination of the value of the rubber gloves involved, and that such values were as set forth in said schedule "A."

Judgment will issue accordingly.

SCHEDULE "A"

Bemo Shipping Co.

| Reap. No. | Date of export | Cost of production in English pounds sterling per dozen pairs | Entry |
|---|---|---|---|
| 249816–A/8502___ | 1/3/52 | 24 shillings_____ | ·791994 |
| 249817–A/8505___ | 1/10/51 | 17 shillings 3 pence_____ | 821044 |
| 249818–A/8506___ | 1/12/51 | 22 shillings_____ | 818455 |
| 250030–A/8620___ | 3/3/51 | 22 shillings_____ | 846063 |
| 250035–A/8629___ | 3/13/52 | | 825375 |
| 250038–A/8632___ | 3/27/52 | | 833653 |
| 250041–A/8635___ | 4/24/52 | 24 shillings_____ | 842975 |
| 250043–A/8637___ | 5/3/52 | | 848453 |
| 250050–A/8648___ | 5/8/52 | | 852084 |
| 250056–A/8654___ | 6/25/52 | | 872744 |
| 256900–A/3305___ | 1/22/55 | | 834956 |
| 258494–A/4779___ | 3/4/55 | 25 shillings, less 3%, less 13.0175 pence_ | 857496 |
| 258888–A/5098___ | 3/24/55 | | 869992 |
| 260219–A/6173___ | 3/30/55 | | 873544 |

| Reap. No. | Date of export | Cost of production in English pounds sterling per dozen pairs | Entry |
|---|---|---|---|
| 260218–A/6169___ | 4/28/55 | | 892567 |
| 260698–A/6629___ | 5/17/55 | | 905510 |
| 261624–A/7703___ | 6/21/55 | 26 shillings, less 3%, less 13.0175 pence_ | 929035 |
| 261625–A/7704___ | 6/21/55 | | 929036 |
| 261626–A/7705___ | 5/26/55 | | 910436 |
| 262912–A/8705___ | 6/26/55 | | 701399 |
| 265250–A/10236__ | 10/10/55 | | 772787 |
| 265873–A/10833_: | 11/2/55 | 28 shillings, ½ pence, less 3%, less 13.0175 pence | 790175 |
| 268484–A/725____ | 12/22/55 | | 831476 |
| 269880–A/01841__ | 11/30/55 | | 815992 |